DARRYL J. HOROWITT #100898
SHERYL D. NOEL  #172551
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
VALLEY EXPRESS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| VALLEY EXPRESS, INC., | NO. 1:12-cv-01183 AWI MJS |
|---|---|
| Plaintiff, | **ORDER CONTINUING HEARING FOR WRIT OF ATTACHMENT AND MOTION TO STAY LITIGATION, AND RELATED DEADLINES** |
| v. | |
| EXEL INC., | |
| Defendant. | Complaint Filed: July 19, 2012<br>Trial Date: None |

The court hereby grants the ex parte application of Plaintiff, VALLEY EXPRESS, INC., to continue the hearing date for Plaintiff's writ of attachment and motion to stay litigation pending arbitration and all related deadlines.  The new hearing date and deadlines are as follows:

1.  EXEL INC.'s response to VALLEY EXPRESS, INC.'s complaint is now due on January 28, 2013.

2.  Hearing on Plaintiff's application for writ of attachment and motion to stay litigation is rescheduled to February 15, 2013, at 1:30 p.m., in Fresno Courtroom 6.

3.  Meet and Confer is rescheduled to February 22, 2013.

4.  Joint Scheduling Conference Statement is due March 8, 2013.

5.  Initial Scheduling Conference is set for March 15, 2013, at 10:00 a.m., in Fresno Courtroom 6.

IT IS SO ORDERED.

Dated:   November 29, 2012         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1