UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY EXPRESS, INC | CASE NO.   1:12-cv-1183-AWI-MJS |
| | ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT |
| Plaintiff, | |
| v. | DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 45 DAYS. |
| EXCEL, INC, | (ECF No. 28) |
| Defendants. | |
| _____ / | |

On March 29, 2013, Plaintiff, Valley Express, Inc, notified the Court that the above - captioned matter had settled in its entirety (ECF No. 28).

In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 45 days from the date of this order.

Failure to comply with this order may be grounds for the imposition of sanctions on

any and all counsel or parties who contributed to its violation.  (See attached Notice of Local Rule 160 and Local Rule 272.)

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:     April 2, 2013              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE