# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY EXPRESS, INC., | CASE No. 1:12-cv-01183-AWI-MJS |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| v. | (ECF No. 30) |
| EXEL, INC., | CLERK SHALL CLOSE CASE |
| Defendant. | |

In this action, Plaintiff Valley Express, Inc. ("Plaintiff"), a California Corporation, asserted claims against Exel, Inc., a Massachusetts corporation with its principal place of business in Ohio. (Compl. at 1-2, ECF No. 2.)

On April 5, 2013, Plaintiff filed a notice with the Court asking that the action be voluntarily dismissed with prejudice. (ECF No. 30.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with prejudice.

The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   April 18, 2013                               /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE

-1-